**Seymour Wasserstrum, Esquire**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
856-696-8300
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| In Re: ] | |
| ] | |
| Mariah D. Hernandez ] | |
| ] | Chapter 13 |
| Debtor ] | |
| ] | Case Number: 24-14880/ABA |
| ] | |
| ] | Hearing Date: June 11, 2024 |

To: Attached Creditors List

**NOTICE OF MOTION TO EXTEND AUTOMATIC STAY**

Seymour Wasserstrum, debtor(s) attorney has filed papers with the court, pursuant to 11 U.S.C. § 362(c)(3)(B) SEEKING AN ORDER TO EXTEND THE AUTOMATIC STAY scheduled for June 11, 2024.

    Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

    If you do not want to grant the relief sought in the Motion, or if you want the court to consider your views on the motion, then on or before June 4, 2024, you or your attorney must:

    File with the court a response, explaining your position at:

        **United States Bankruptcy Court**
        **400 Cooper Street, 4th Floor**
        **Camden, N.J. 08101**
        **Courtroom 4B**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| **Seymour Wasserstrum** | **Andrew Finberg, Trustee** |
| **Law Office of Seymour Wasserstrum** | **535 Route 38, Suite 580** |
| **205 W. Landis Ave** | **Cherry Hill, NJ 08002** |
| **Vineland, NJ 08360** | |

You must attend the hearing scheduled to be held on June 11, 2024, before the Honorable Andrew B. Altenburg, Jr., USBJ, United States Bankruptcy Court, 400 Cooper Street, 4th Floor Camden, N.J. 08101

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting the relief.

Pursuant to Local Rule 9013, the undersigned:

(X)   waives oral argument if a timely objection to the within motion is not filed; a proposed form of Order is attached.

(X)   states that no brief is necessary because the motion does not involve complex or novel legal issues.

DATED:   May 21, 2024

/s/ Seymour Wasserstrum
Law Office of Seymour Wasserstrum
Attorney for Debtor