**Seymour Wasserstrum, Esq.**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com

UNITED STATES BANKRUPTCY COURT
DISTICT OF NEW JERSEY
CAMDEN VICINAGE

| In re: | Case No.: 24-14880/ABA |
|---|---|
| Mariah D. Hernandez | Hearing Date: June 11, 2024 |
| Debtor | Chapter: 13 <br> Motion to Extend the Automatic Stay |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

Dated: May 21, 2024

/s/ Seymour Wasserstrum
Seymour Wasserstrum, Esq.
Attorney for Debtor