

**Seymour Wasserstrum, Esq.**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com

**Order Filed on June 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTICT OF NEW JERSEY
## CAMDEN VICINAGE

| In re: | Case No.: 24-14880/ABA |
|---|---|
| Mariah D. Hernandez | Hearing Date: June 11, 2024 |
| Debtor | Chapter: 13 |
| | Motion to Extend the Automatic Stay |

### ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: June 11, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Mariah D. Hernandez
**Case No.:** 24-14880/ABA
**Caption of Order: to Extend the Automatic Stay**

Upon consideration of Debtor Mariah D. Hernandez' Motion to Extend Automatic Stay; and good cause appearing; therefore, it is hereby

**ORDERED AND ADJUDGED** that the automatic stay provisions of the Bankruptcy Code are hereby Extended.