Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24–16677–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas P. Brown
   1358 Hooper Avenue
   Apartment 124
   Toms River, NJ 08753

Social Security No.:
   xxx–xx–9535

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

   Please be advised that Thomas P. Brown the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 9/19/2024.

Briar Park Success, LLC
c/o O'Hanlon Schwartz, PC
2 Penn Center
Suite 1410
Philadelphia, PA 19102


Dated: September 20, 2024
JAN: gan

                                                                Jeanne Naughton
                                                                Clerk