UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Israel A. Schwartz, Esq.
O'HANLON SCHWARTZ, P.C.
511 Market Street
Camden, NJ 08102
Telephone: (267) 546-9066
– and –
Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
Two University Plaza, Suite 100
Hackensack, New Jersey 07601
Telephone: (201) 705-1470

In Re:

MARIAH D. HERNANDEZ,

        Debtor.

Case No.:    24-14880

Chapter:    13

Hearing Date:    November 26, 2024

Judge:    ABA

# NOTICE OF MOTION
# FOR RELIEF FROM THE AUTOMATIC STAY

Moshie Solomon, Esq. and Israel A. Schwartz, Esq., co-counsel for the debtor's landlord Goldcrest Properties a/k/a East Park Apartments, has filed papers with the court requesting relief from the automatic stay in order to initiate or resume an action in the state court of New Jersey for possession of the premises rented by the Debtor located at:

    1047 East Park Avenue, Unit E5, Vineland, NJ 08360

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

    Hearing Date:    November 26, 2024

    Hearing Time:    10:00 a.m.

    Hearing Location:    Mitchell H. Cohen U.S. Courthouse
                                  400 Cooper Street, 4th Floor
                                  Camden, N.J. 08101

    Courtroom Number:    4B

    If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

    You must also mail a copy of your response to:

Andrew B. Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002

Israel A. Schwartz, Esq.
O'HANLON SCHWARTZ, P.C.
511 Market Street
Camden, NJ 08102

Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
Two University Plaza, Suite 100
Hackensack, New Jersey 07601

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  Camden, New Jersey
        November 4, 2024                O'HANLON SCHWARTZ, P.C.

                                                /s/ Israel A. Schwartz
                                                Israel A. Schwartz, Esq.
                                                511 Market Street
                                                Camden, NJ 08102
                                                Telephone:  (267) 546-9066
                                                Facsimile:  (215) 563-6617

                                                -and-

Dated:  Hackensack, New Jersey
        November 4, 2024                LAW OFFICES OF MOSHIE SOLOMON, P.C.

                                                /s/ Moshie Solomon
                                                Moshie Solomon, Esq.
                                                Two University Plaza, Suite 100
                                                Hackensack, New Jersey 07601
                                                Telephone: (201) 705-1470
                                                Facsimile:  (201) 705-1472