UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Israel A. Schwartz, Esq.<br>O'HANLON SCHWARTZ, P.C.<br>511 Market Street<br>Camden, NJ 08102<br>Telephone: (267) 546-9066<br>– and –<br>Moshie Solomon, Esq.<br>LAW OFFICES OF MOSHIE SOLOMON, P.C.<br>Two University Plaza, Suite 100<br>Hackensack, New Jersey 07601<br>Telephone: (201) 705-1470 | |
| In Re:<br><br>MARIAH D. HERNANDEZ,<br><br>        Debtor. | Case No.:   24-14880<br><br>Chapter:   13<br><br>Hearing Date:   November 26, 2024<br><br>Judge:   ABA |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Dated:  Camden, New Jersey
       November 4, 2024       O'HANLON SCHWARTZ, P.C.

       /s/ Israel A. Schwartz
       Israel A. Schwartz, Esq.
       511 Market Street
       Camden, NJ 08102
       Telephone:  (267) 546-9066
       Facsimile:   (215) 563-6617

       -and-

Dated:  Hackensack, New Jersey
       November 4, 2024       LAW OFFICES OF MOSHIE SOLOMON, P.C.

       /s/ Moshie Solomon
       Moshie Solomon, Esq.
       Two University Plaza, Suite 100
       Hackensack, New Jersey 07601
       Telephone: (201) 705-1470
       Facsimile:  (201) 705-1472