UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Israel A. Schwartz, Esq.
O'HANLON SCHWARTZ, P.C.
511 Market Street
Camden, NJ 08102
Telephone: (267) 546-9066
– and –
Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
Two University Plaza, Suite 100
Hackensack, New Jersey 07601
Telephone: (201) 705-1470

In Re:

MARIAH D. HERNANDEZ,

        Debtor.

Case No.: 24-14880

Chapter: 13

Hearing Date: November 26, 2024

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, _____Moshie Solomon_____:

   ☒ represent Goldcrest Properties a/k/a East Park Apartments, the landlord in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____, the landlord in this matter.

   ☐ am the landlord in this case and am representing myself.

2. On November 4, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   ☒ Notice of Motion for Relief from the Automatic Stay

   ☒ Certification of Landlord in Support of Motion for Relief from the Automatic Stay

   ☒ Statement as to Why No Brief is Necessary

   ☒ Proposed Order Granting Motion for Relief from the Stay

   ☐ Other *[Explain]* _____

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   November 4, 2024                             /s/ Moshie Solomon

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other Via ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other Via ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other<br>(As authorized by the court or rule. Cite the rule if applicable.) |