UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Israel A. Schwartz, Esq.
O'HANLON SCHWARTZ, P.C.
511 Market Street
Camden, NJ 08102
Telephone: (267) 546-9066
– and –
Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
Two University Plaza, Suite 100
Hackensack, New Jersey 07601
Telephone: (201) 705-1470

In Re:

MARIAH D. HERNANDEZ,

                Debtor.

Case No.:     24-14880

Chapter:     13

Judge:     ABA

## LANDLORD'S REPLY TO CHAPTER 13 DEBTOR'S OPPOSITION TO CREDITOR'S CERTIFICATION OF DEFAULT

        David Klein certifies as follows:

1. I am a <u>Regional Manager</u> for <u>Goldcrest Properties a/k/a East Park Apartments,</u> landlord and creditor of the debtor.

2. On <u>December 4, 2024</u>, an Order was entered, a copy of which is attached as an exhibit, providing for the cure of post petition arrearages, and in default of such monthly payments for a 10 day period, allowing the landlord ex parte relief to vacate the stay, with notice to the trustee, debtor and her attorney, if any. On December 13, 2024, Landlord filed a Creditor's Certification of Default. On December 30, 2024, the Debtor filed opposition to the Certification.

3. Debtor has failed to comply with the order:

    ☒ By missing payments and/or by failing to make the correct payments as summarized on the attached Supplemental Certification of Landlord Regarding Payment History and accompanying ledger.

    ☐ Other _____ .

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

Date: January 15, 2025

_David Klein_
Signature

*rev.8/1/15*