UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Israel A. Schwartz, Esq.
O'HANLON SCHWARTZ, P.C.
511 Market Street
Camden, NJ 08102
Telephone: (267) 546-9066
– and –
Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
Two University Plaza, Suite 100
Hackensack, New Jersey 07601
Telephone: (201) 705-1470

In Re:

MARIAH D. HERNANDEZ,

        Debtor.

Case No.: 24-14880
Chapter: 13
Hearing Date: 1/21/25
Judge: ABA

## SUPPLEMENTAL CERTIFICATION OF LANDLORD REGARDING PAYMENT HISTORY AND REPLY TO CHAPTER 13 DEBTOR'S OPPOSITION TO CREDITOR'S CERTIFICATION OF DEFAULT

_____David Klein_____, employed as _____Regional Manager_____ by _____Goldcrest Properties a/k/a East Park Apartments_____, hereby certifies the following:

Property Address: 1047 East Park Avenue, Unit E5, Vineland, NJ 08360

Landlord: Goldcrest Properties a/k/a East Park Apartments

Debtor(s): Mariah D. Hernandez

PAYMENTS FOLLOWING ORDER RESOLVING MOTION TO VACATE STAY (entered on 12/4/24) (Dkt. No. 28)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 1. $ 1,495.66 | 12/1/24 | 12/24 | $ 284.00 | 12/4/24 | |
| 2. | | 12/24 | $ 105.00 | 12/6/24 | |
| 3. | | 12/24 | $ 400.00 | 12/6/24 | |

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 4. | | 12/24 | $ 200.00 | 12/11/24 | |
| 5. | | 12/24 | $ 300.00 | 12/18/24 | |
| 6. | | 12/24 | $ 206.66 | 12/31/24 | |
| 7. $ 1,495.66 | 1/1/25 | 1/25 | $38.34 | 12/31/24 | |
| 8. $ 50.00 | 1/7/25 | N/A | $0.00 | N/A | |
| 9. | | | | | |
| 10. | | | | | |
| TOTAL: $ 3,041.32 | | | $ 1,534.00 | | |

[Continue on attached sheets if necessary.]

Monthly payments past due: _____1_____ mos.  x  $ __1,457.32__

(Monthly payment + late charge) = $ ____1,507.32____ as of __1/15/25__

Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Monthly Rent | $ | 975.00 |
| Asset Protect Charge | $ | 16.00 |
| Cure Payment | $ | 504.66 |
| TOTAL | $ | 1,495.66 |

I certify under penalty of perjury that the above is true.

Date: __January 15, 2025__

*David Klein*
_____
Signature

1/15/25, 12:34 PM about:blank

Case 24-14880-ABA    Doc 34-1    Filed 01/15/25    Entered 01/15/25 17:28:24    Desc
Supplement Certification of Landlord Regarding Payment History    Page 3 of 6

1/15/2025
Mariah Hernandez
East Park, Unit E5
Ledger: Statement

| DATE | DESCRIPTION | CHARGE | PAYMENT | REMAINING | BALANCE |
|---|---|---|---|---|---|
| 03/06/19 | Security Charge | 975.00 | | 0.00 | 975.00 |
| 03/06/19 | Security Deposit | | 975.00 | 0.00 | 0.00 |
| 03/24/21 | Balance Forward Charge | 1146.00 | | 0.00 | 1146.00 |
| 04/01/21 | Rent Charge | 506.00 | | 0.00 | 1652.00 |
| 04/01/21 | Section 8 Charge | 365.00 | | 0.00 | 2017.00 |
| 04/02/21 | MTM Charge | 350.00 | | 0.00 | 2367.00 |
| 04/06/21 | Section 8 Receipt ck#rent assist | | 365.00 | 0.00 | 2002.00 |
| 04/13/21 | Late Fee Charge | 97.50 | | 0.00 | 2099.50 |
| 04/28/21 | Legal Fee Charge | 300.00 | | 215.00 | 2399.50 |
| 04/29/21 | Notice to Cease Charge | 125.00 | | 125.00 | 2524.50 |
| 05/01/21 | Rent Charge | 610.00 | | 0.00 | 3134.50 |
| 05/01/21 | Section 8 Charge | 365.00 | | 0.00 | 3499.50 |
| 05/04/21 | Section 8 Receipt ck#rent assist | | 365.00 | 0.00 | 3134.50 |
| 05/10/21 | Late Fee Charge | 97.50 | | 0.00 | 3232.00 |
| 06/01/21 | Rent Charge | 610.00 | | 0.00 | 3842.00 |
| 06/01/21 | Section 8 Charge | 365.00 | | 0.00 | 4207.00 |
| 06/02/21 | Section 8 Receipt ck#rent assist | | 365.00 | 0.00 | 3842.00 |
| 06/11/21 | MTM Charge | 350.00 | | 350.00 | 4192.00 |
| 06/23/21 | Late Fee Charge | 97.50 | | 0.00 | 4289.50 |
| 07/01/21 | Rent Charge | 610.00 | | 0.00 | 4899.50 |
| 07/01/21 | Section 8 Charge | 365.00 | | 0.00 | 5264.50 |
| 07/02/21 | Section 8 Receipt ck#rent assist | | 365.00 | 0.00 | 4899.50 |
| 07/09/21 | MTM Charge | 350.00 | | 350.00 | 5249.50 |
| 07/09/21 | Late Fee Charge | 97.50 | | 0.00 | 5347.00 |
| 08/01/21 | Rent Charge | 610.00 | | 0.00 | 5957.00 |
| 08/01/21 | Section 8 Charge | 365.00 | | 0.00 | 6322.00 |
| 08/03/21 | Section 8 Receipt ck#rent assist | | 365.00 | 0.00 | 5957.00 |
| 08/10/21 | Late Fee Charge | 97.50 | | 0.00 | 6054.50 |
| 08/10/21 | MTM Charge | 350.00 | | 350.00 | 6404.50 |
| 09/01/21 | Rent Charge | 610.00 | | 0.00 | 7014.50 |
| 09/01/21 | Section 8 Charge | 365.00 | | 0.00 | 7379.50 |
| 09/02/21 | Section 8 Receipt ck#rent assist | | 365.00 | 0.00 | 7014.50 |
| 09/07/21 | Late Fee Charge | 97.50 | | 0.00 | 7112.00 |
| 10/01/21 | Rent Charge | 610.00 | | 0.00 | 7722.00 |
| 10/01/21 | Section 8 Charge | 365.00 | | 0.00 | 8087.00 |
| 10/03/21 | Section 8 Receipt ck#RENT ASIST | | 365.00 | 0.00 | 7722.00 |
| 10/07/21 | Late Fee Charge | 97.50 | | 0.00 | 7819.50 |
| 10/07/21 | MTM Charge | 350.00 | | 350.00 | 8169.50 |
| 11/01/21 | MTM Charge | 350.00 | | 350.00 | 8519.50 |
| 11/01/21 | Rent Charge | 610.00 | | 0.00 | 9129.50 |
| 11/01/21 | Section 8 Charge | 365.00 | | 0.00 | 9494.50 |
| 11/04/21 | Section 8 Receipt ck#rent assist | | 365.00 | 0.00 | 9129.50 |
| 11/07/21 | Late Fee Charge | 97.50 | | 0.00 | 9227.00 |
| 12/01/21 | MTM Charge | 350.00 | | 350.00 | 9577.00 |
| 12/01/21 | Rent Charge | 610.00 | | 0.00 | 10187.00 |
| 12/01/21 | Section 8 Charge | 365.00 | | 0.00 | 10552.00 |
| 12/07/21 | Late Fee Charge | 97.50 | | 0.00 | 10649.50 |
| 12/07/21 | Section 8 Receipt ck#rent assist | | 365.00 | 0.00 | 10284.50 |
| 01/01/22 | MTM Charge | 350.00 | | 350.00 | 10634.50 |
| 01/01/22 | Rent Charge | 610.00 | | 0.00 | 11244.50 |
| 01/01/22 | Section 8 Charge | 365.00 | | 0.00 | 11609.50 |
| 01/04/22 | Section 8 Receipt ck#rent assist | | 365.00 | 0.00 | 11244.50 |
| 02/01/22 | MTM Charge | 350.00 | | 350.00 | 11594.50 |
| 02/01/22 | Rent Charge | 610.00 | | 0.00 | 12204.50 |
| 02/01/22 | Section 8 Charge | 365.00 | | 0.00 | 12569.50 |
| 02/04/22 | Section 8 Receipt ck#rent assist | | 365.00 | 0.00 | 12204.50 |

| Date | Description | Charge | Payment | Balance Due | Total |
|---|---|---|---|---|---|
| 02/09/22 | Late Fee Charge | 97.50 | | 0.00 | 12302.00 |
| 02/14/22 | Payment Receipt NovelPay 6218126 | | 150.00 | 0.00 | 12152.00 |
| 02/24/22 | Payment Receipt NovelPay 6253905 | | 1000.00 | 0.00 | 11152.00 |
| 03/01/22 | MTM Charge | 350.00 | | 350.00 | 11502.00 |
| 03/01/22 | Rent Charge | 684.00 | | 118.16 | 12186.00 |
| 03/01/22 | Section 8 Charge | 291.00 | | 0.00 | 12477.00 |
| 03/02/22 | Section 8 Receipt ck#rent assist | | 291.00 | 0.00 | 12186.00 |
| 03/23/22 | Payment Receipt NovelPay 6424180 | | 1000.00 | 0.00 | 11186.00 |
| 04/01/22 | MTM Charge | 350.00 | | 350.00 | 11536.00 |
| 04/01/22 | Rent Charge | 684.00 | | 554.50 | 12220.00 |
| 04/01/22 | Section 8 Charge | 291.00 | | 0.00 | 12511.00 |
| 04/04/22 | Section 8 Receipt ck#rent assist | | 291.00 | 0.00 | 12220.00 |
| 04/22/22 | Payment Receipt NovelPay 6607676 | | 200.00 | 0.00 | 12020.00 |
| 04/28/22 | Payment Receipt NovelPay 6629410 | | 90.00 | 0.00 | 11930.00 |
| 05/01/22 | MTM Charge | 350.00 | | 0.00 | 12280.00 |
| 05/01/22 | Rent Charge | 684.00 | | 0.00 | 12964.00 |
| 05/01/22 | Section 8 Charge | 291.00 | | 0.00 | 13255.00 |
| 05/03/22 | Section 8 Receipt ck#rent assist | | 291.00 | 0.00 | 12964.00 |
| 05/04/22 | Payment Receipt NovelPay 6697464 | | 300.00 | 0.00 | 12664.00 |
| 06/01/22 | MTM Charge | 350.00 | | 0.00 | 13014.00 |
| 06/01/22 | Rent Charge | 684.00 | | 0.00 | 13698.00 |
| 06/01/22 | Section 8 Charge | 291.00 | | 0.00 | 13989.00 |
| 06/06/22 | Payment Receipt NovelPay 6892914 | | 300.00 | 0.00 | 13689.00 |
| 06/08/22 | Section 8 Receipt ck#rent assist | | 291.00 | 0.00 | 13398.00 |
| 07/01/22 | MTM Charge | 350.00 | | 0.00 | 13748.00 |
| 07/01/22 | Rent Charge | 684.00 | | 0.00 | 14432.00 |
| 07/01/22 | Section 8 Charge | 291.00 | | 0.00 | 14723.00 |
| 07/01/22 | Section 8 Receipt ck#rent assist | | 291.00 | 0.00 | 14432.00 |
| 08/01/22 | MTM Charge | 350.00 | | 0.00 | 14782.00 |
| 08/01/22 | Rent Charge | 684.00 | | 0.00 | 15466.00 |
| 08/01/22 | Section 8 Charge | 291.00 | | 0.00 | 15757.00 |
| 08/02/22 | Section 8 Receipt ck#rent assist | | 291.00 | 0.00 | 15466.00 |
| 08/12/22 | Late Fee Charge | 132.50 | | 0.00 | 15598.50 |
| 09/01/22 | MTM Charge | 350.00 | | 0.00 | 15948.50 |
| 09/01/22 | Rent Charge | 684.00 | | 0.00 | 16632.50 |
| 09/01/22 | Section 8 Charge | 291.00 | | 0.00 | 16923.50 |
| 09/02/22 | Section 8 Receipt ck#rent assist | | 291.00 | 0.00 | 16632.50 |
| 10/01/22 | MTM Charge | 350.00 | | 0.00 | 16982.50 |
| 10/01/22 | Rent Charge | 684.00 | | 0.00 | 17666.50 |
| 10/01/22 | Section 8 Charge | 291.00 | | 0.00 | 17957.50 |
| 10/06/22 | Payment Receipt ck#rent assist | | 291.00 | 0.00 | 17666.50 |
| 11/01/22 | MTM Charge | 350.00 | | 0.00 | 18016.50 |
| 11/01/22 | Rent Charge | 684.00 | | 0.00 | 18700.50 |
| 11/01/22 | Section 8 Charge | 291.00 | | 0.00 | 18991.50 |
| 11/02/22 | Payment Receipt ck#rent assist | | 291.00 | 0.00 | 18700.50 |
| 11/07/22 | Late Fee | 50.00 | | 0.00 | 18750.50 |
| 12/01/22 | MTM Charge | 350.00 | | 0.00 | 19100.50 |
| 12/01/22 | Rent Charge | 684.00 | | 0.00 | 19784.50 |
| 12/01/22 | Section 8 Charge | 291.00 | | 0.00 | 20075.50 |
| 12/05/22 | Payment Receipt ck#rent assist-dd | | 291.00 | 0.00 | 19784.50 |
| 12/06/22 | Late Fee | 50.00 | | 0.00 | 19834.50 |
| 01/01/23 | MTM Charge | 350.00 | | 0.00 | 20184.50 |
| 01/01/23 | Rent Charge | 684.00 | | 0.00 | 20868.50 |
| 01/01/23 | Section 8 Charge | 291.00 | | 0.00 | 21159.50 |
| 01/05/23 | Payment Receipt ck#rent assist839195 | | 9668.00 | 0.00 | 11491.50 |
| 01/05/23 | Payment Receipt ck#rent assist-dd | | 291.00 | 0.00 | 11200.50 |
| 01/26/23 | Pet Security Charge | 400.00 | | 400.00 | 11600.50 |
| 02/01/23 | Rent Charge | 684.00 | | 684.00 | 12284.50 |
| 02/01/23 | Section 8 Charge | 291.00 | | 0.00 | 12575.50 |
| 02/01/23 | Pet Rent Charge | 40.00 | | 40.00 | 12615.50 |
| 02/03/23 | Payment Receipt ck#rent assist-dd | | 291.00 | 0.00 | 12324.50 |

1/15/25, 12:34 PM                                     about:blank
Case 24-14880-ABA    Doc 34-1    Filed 01/15/25    Entered 01/15/25 17:28:24    Desc
Supplement Certification of Landlord Regarding Payment History    Page 5 of 6

| Date | Description | Charge | Payment | Balance Chg | Balance |
|---|---|---|---|---|---|
| 02/07/23 | Late Fee | 50.00 | | 50.00 | 12374.50 |
| 03/01/23 | Rent Charge | 723.00 | | 723.00 | 13097.50 |
| 03/01/23 | Section 8 Charge | 330.00 | | 0.00 | 13427.50 |
| 03/03/23 | Payment Receipt ck#rent assist-dd | | 330.00 | 0.00 | 13097.50 |
| 03/06/23 | Late Fee | 50.00 | | 50.00 | 13147.50 |
| 04/01/23 | Rent Charge | 723.00 | | 723.00 | 13870.50 |
| 04/01/23 | Section 8 Charge | 330.00 | | 0.00 | 14200.50 |
| 04/05/23 | Payment Receipt ck#rent assist-dd | | 330.00 | 0.00 | 13870.50 |
| 04/07/23 | Payment Receipt ManageGo 110633 | | 650.00 | 0.00 | 13220.50 |
| 04/07/23 | Payment Receipt ManageGo 110633 | | 35.00 | 0.00 | 13185.50 |
| 05/01/23 | Rent Charge | 723.00 | | 723.00 | 13908.50 |
| 05/01/23 | Section 8 Charge | 330.00 | | 0.00 | 14238.50 |
| 05/03/23 | Payment Receipt ck#rent assist-dd | | 330.00 | 0.00 | 13908.50 |
| 06/01/23 | Rent Charge | 723.00 | | 723.00 | 14631.50 |
| 06/01/23 | Section 8 Charge | 330.00 | | 0.00 | 14961.50 |
| 06/01/23 | Section 8 Receipt ck#rent assist | | 330.00 | 0.00 | 14631.50 |
| 06/14/23 | Legal Fee Charge | 350.00 | | 350.00 | 14981.50 |
| 07/01/23 | Rent Charge | 723.00 | | 723.00 | 15704.50 |
| 07/01/23 | Section 8 Charge | 330.00 | | 0.00 | 16034.50 |
| 07/01/23 | Section 8 Receipt ck#rent assist | | 330.00 | 0.00 | 15704.50 |
| 07/06/23 | Late Fee | 50.00 | | 50.00 | 15754.50 |
| 08/01/23 | Rent Charge | 723.00 | | 723.00 | 16477.50 |
| 08/01/23 | Section 8 Charge | 330.00 | | 0.00 | 16807.50 |
| 08/03/23 | Section 8 Receipt ck#rent assist | | 330.00 | 0.00 | 16477.50 |
| 08/07/23 | Late Fee | 50.00 | | 50.00 | 16527.50 |
| 09/01/23 | Rent Charge | 684.00 | | 684.00 | 17211.50 |
| 09/01/23 | Section 8 Charge | 291.00 | | 0.00 | 17502.50 |
| 09/01/23 | Section 8 Receipt ck#rent assist | | 330.00 | 0.00 | 17172.50 |
| 09/07/23 | Late Fee | 50.00 | | 50.00 | 17222.50 |
| 10/01/23 | Rent Charge | 684.00 | | 684.00 | 17906.50 |
| 10/01/23 | Section 8 Charge | 291.00 | | 0.00 | 18197.50 |
| 10/01/23 | Section 8 Receipt ck#rent assist | | 330.00 | 0.00 | 17867.50 |
| 10/09/23 | Late Fee | 50.00 | | 50.00 | 17917.50 |
| 10/10/23 | Payment Receipt ManageGo 148590 | | 400.00 | 0.00 | 17517.50 |
| 10/11/23 | Payment Receipt ManageGo 148916 | | 400.00 | 0.00 | 17117.50 |
| 10/11/23 | Payment Receipt ck#3000427 | | 2223.84 | 0.00 | 14893.66 |
| 11/01/23 | Rent Charge | 684.00 | | 684.00 | 15577.66 |
| 11/01/23 | Section 8 Charge | 291.00 | | 0.00 | 15868.66 |
| 11/06/23 | Section 8 Receipt ck#rent assist | | 330.00 | 0.00 | 15538.66 |
| 11/07/23 | Late Fee | 50.00 | | 50.00 | 15588.66 |
| 12/01/23 | Rent Charge | 684.00 | | 684.00 | 16272.66 |
| 12/01/23 | Section 8 Charge | 291.00 | | 0.00 | 16563.66 |
| 12/01/23 | Section 8 Receipt ck# | | 330.00 | 0.00 | 16233.66 |
| 12/06/23 | Late Fee | 50.00 | | 50.00 | 16283.66 |
| 01/01/24 | Rent Charge | 684.00 | | 684.00 | 16967.66 |
| 01/01/24 | Section 8 Charge | 291.00 | | 0.00 | 17258.66 |
| 01/03/24 | Section 8 Receipt Ref#rent assist | | 330.00 | 0.00 | 16928.66 |
| 01/10/24 | Late Fee | 50.00 | | 50.00 | 16978.66 |
| 02/01/24 | Rent Charge | 684.00 | | 684.00 | 17662.66 |
| 02/01/24 | Section 8 Charge | 291.00 | | 0.00 | 17953.66 |
| 02/05/24 | Section 8 Receipt Ref#rent assist | | 330.00 | 0.00 | 17623.66 |
| 02/12/24 | Late Fee | 50.00 | | 50.00 | 17673.66 |
| 03/01/24 | Rent Charge | 691.00 | | 691.00 | 18364.66 |
| 03/01/24 | Section 8 Charge | 284.00 | | 0.00 | 18648.66 |
| 03/01/24 | Asset Protect Charge | 16.00 | | 16.00 | 18664.66 |
| 03/01/24 | Section 8 Receipt Ref#rent assist | | 284.00 | 0.00 | 18380.66 |
| 03/11/24 | Late Fee | 50.00 | | 50.00 | 18430.66 |
| 04/01/24 | Rent Charge | 691.00 | | 691.00 | 19121.66 |
| 04/01/24 | Section 8 Charge | 284.00 | | 0.00 | 19405.66 |
| 04/01/24 | Asset Protect Charge | 16.00 | | 16.00 | 19421.66 |
| 04/01/24 | Section 8 Receipt Ref#rent assist | | 284.00 | 0.00 | 19137.66 |

| Date | Description | Charge | Payment | Balance Change | Balance |
|---|---|---|---|---|---|
| 04/08/24 | Late Fee | 50.00 | | 50.00 | 19187.66 |
| 05/01/24 | Rent Charge | 691.00 | | 691.00 | 19878.66 |
| 05/01/24 | Section 8 Charge | 284.00 | | 0.00 | 20162.66 |
| 05/01/24 | Asset Protect Charge | 16.00 | | 16.00 | 20178.66 |
| 05/01/24 | Section 8 Receipt Ref#rent assist | | 284.00 | 0.00 | 19894.66 |
| 05/03/24 | Miscellaneous Charge | 79.97 | | 79.97 | 19974.63 |
| 06/01/24 | Rent Charge | 691.00 | | 691.00 | 20665.63 |
| 06/01/24 | Section 8 Charge | 284.00 | | 0.00 | 20949.63 |
| 06/01/24 | Asset Protect Charge | 16.00 | | 16.00 | 20965.63 |
| 06/01/24 | Section 8 Receipt ck#rent assist | | 284.00 | 0.00 | 20681.63 |
| 06/10/24 | Late Fee | 50.00 | | 50.00 | 20731.63 |
| 07/01/24 | Rent Charge | 691.00 | | 691.00 | 21422.63 |
| 07/01/24 | Section 8 Charge | 284.00 | | 0.00 | 21706.63 |
| 07/01/24 | Asset Protect Charge | 16.00 | | 16.00 | 21722.63 |
| 07/01/24 | Section 8 Receipt Ref#rent assist | | 284.00 | 0.00 | 21438.63 |
| 07/08/24 | Late Fee | 50.00 | | 50.00 | 21488.63 |
| 07/12/24 | Payment Receipt ManageGo 218266 | | 250.00 | 0.00 | 21238.63 |
| 07/16/24 | Payment Receipt ManageGo 218993 | | 745.00 | 0.00 | 20493.63 |
| 08/01/24 | Rent Charge | 691.00 | | 691.00 | 21184.63 |
| 08/01/24 | Section 8 Charge | 284.00 | | 0.00 | 21468.63 |
| 08/01/24 | Asset Protect Charge | 16.00 | | 16.00 | 21484.63 |
| 08/02/24 | Section 8 Receipt Ref#rent assist | | 284.00 | 0.00 | 21200.63 |
| 08/07/24 | Late Fee Charge | 50.00 | | 50.00 | 21250.63 |
| 09/01/24 | Rent Charge | 691.00 | | 691.00 | 21941.63 |
| 09/01/24 | Section 8 Charge | 284.00 | | 0.00 | 22225.63 |
| 09/01/24 | Asset Protect Charge | 16.00 | | 16.00 | 22241.63 |
| 09/05/24 | Section 8 Receipt Ref#rent assist | | 284.00 | 0.00 | 21957.63 |
| 09/07/24 | Late Fee Charge | 50.00 | | 50.00 | 22007.63 |
| 10/01/24 | Rent Charge | 691.00 | | 691.00 | 22698.63 |
| 10/01/24 | Section 8 Charge | 284.00 | | 0.00 | 22982.63 |
| 10/01/24 | Asset Protect Charge | 16.00 | | 16.00 | 22998.63 |
| 10/01/24 | Payment Receipt ManageGo 240306 | | 500.00 | 0.00 | 22498.63 |
| 10/03/24 | Section 8 Receipt Ref#rent assist | | 284.00 | 0.00 | 22214.63 |
| 10/07/24 | Late Fee Charge | 50.00 | | 50.00 | 22264.63 |
| 11/01/24 | Rent Charge | 691.00 | | 691.00 | 22955.63 |
| 11/01/24 | Section 8 Charge | 284.00 | | 0.00 | 23239.63 |
| 11/01/24 | Asset Protect Charge | 16.00 | | 16.00 | 23255.63 |
| 11/06/24 | Section 8 Receipt Ref#rent assist | | 284.00 | 0.00 | 22971.63 |
| 11/07/24 | Late Fee Charge | 50.00 | | 50.00 | 23021.63 |
| 12/01/24 | Rent Charge | 691.00 | | 691.00 | 23712.63 |
| 12/01/24 | Section 8 Charge | 284.00 | | 0.00 | 23996.63 |
| 12/01/24 | Asset Protect Charge | 16.00 | | 16.00 | 24012.63 |
| 12/04/24 | Section 8 Receipt Ref#rent assist | | 284.00 | 0.00 | 23728.63 |
| 12/06/24 | Payment Receipt ManageGo 262501 | | 105.00 | 0.00 | 23623.63 |
| 12/06/24 | Payment Receipt ManageGo 262445 | | 400.00 | 0.00 | 23223.63 |
| 12/11/24 | Payment Receipt ManageGo 264190 | | 200.00 | 0.00 | 23023.63 |
| 12/16/24 | Legal Fee Charge | 3046.50 | | 3046.50 | 26070.13 |
| 12/18/24 | Payment Receipt ManageGo 265795 | | 300.00 | 0.00 | 25770.13 |
| 12/31/24 | Payment Receipt ManageGo 268325 | | 245.00 | 0.00 | 25525.13 |
| 01/01/25 | Rent Charge | 691.00 | | 691.00 | 26216.13 |
| 01/01/25 | Section 8 Charge | 284.00 | | 284.00 | 26500.13 |
| 01/01/25 | Asset Protect Charge | 16.00 | | 16.00 | 26516.13 |
| 01/07/25 | Late Fee Charge | 50.00 | | 50.00 | 26566.13 |