UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Israel A. Schwartz, Esq.
O'HANLON SCHWARTZ, P.C.
511 Market Street
Camden, NJ 08102
Telephone: (267) 546-9066
– and –
Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
Two University Plaza, Suite 100
Hackensack, New Jersey 07601
Telephone: (201) 705-1470

Order Filed on January 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARIAH D. HERNANDEZ,

Debtor.

Case No.: 24-14880

Chapter: 13

Hearing Date:

Judge: ABA

# ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is **ORDERED**.

**DATED: January 28, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Motion for Relief from the Automatic Stay and Creditor's Certification of Default, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the landlord to initiate or resume an action in the state court of New Jersey for possession of the debtor's rented premises located at:

<u>1047 East Park Avenue, Unit E5, Vineland, NJ 08360</u>

2. The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.