**Seymour Wasserstrum, Esq.**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-6962
MyLawyer7@aol.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| In re:<br><br>        Mariah D. Hernandez<br><br>                Debtor | Case No.:      24-14880/ABA<br><br>Hearing Date:<br><br><br>Chapter:        13<br>Motion to Reimpose the Automatic Stay |

**NOTICE OF MOTION TO REIMPOSE THE AUTOMATIC STAY**

**TAKE NOTICE** that on _____, Mariah D. Hernandez, Debtor in the above captioned matter, by and through their Counsel, have filed papers with the court to REIMPOSE THE AUTOMATIC STAY ("the Motion").

**TAKE FURTHER NOTICE** that in support of the Motion, the Debtor shall rely on their Certification in support of the Motion.

**TAKE FURTHER NOTICE** that the movant believes no brief is necessary as there are no complex or novel issues in law or fact.

**TAKE FURTHER NOTICE** that the movant waives oral arguments unless a timely objection is filed.


**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss**

**them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

|  |  |
|---|---|
| HEARING DATE: | |
| HEARING TIME: | 10:00 AM |
| HEARING LOCATION: | U.S. Post Office and Courthouse |
| | 401 Market Street |
| | Camden, NJ 08101 |
| COURT ROOM NO.: | 4B |

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

US Bankruptcy Court,
District of New Jersey
PO Box 2067
Camden, NJ 08101

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Andrew B. Finberg
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

Seymour Wasserstrum, Esquire
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360