UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Seymour Wasserstrum, Esq. 2734
LAW OFFICES OF SEYMOUR WASSERSTRUM
Attorneys at Law
205 W. Landis Avenue
Vineland, NJ 08360
P: (856) 696-8300
F: (856) 696-6962
Attorney for Debtor

Order Filed on February 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mariah D. Hernandez

Case No.: 24-14880

Chapter: 13

Judge: ABA

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 24, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of __Seymour Wasserstrum, Esq.__ for the reduction of time for a hearing on __Motion to Reimpose the Automatic Stay__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __February 26, 2025__ at __10 am__ in the United States Bankruptcy Court, __400 Cooper Street, Camden, NJ 08101__, Courtroom No. __4B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Landlord and Landlord's Attorney__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☒ hand delivery.- **BY 3 P.M. TODAY**

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __Trustee__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Landlord's Attorney and Trustee - IMMEDIATELY__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed by noon tomorrow conforming service in accordance with order.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.    ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*