**Seymour Wasserstrum, Esq.**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| In re:<br><br>Mariah D. Hernandez<br><br>Debtor(s) | Case No.: 24-14880/ABA<br><br>Hearing Date:<br><br>10:00 AM<br><br>Chapter: 13<br>Pleading Title |

**CERTIFICATION OF SERVICE**

1. I, Sherry Cossaboon:
☐ represent _____ in this matter.

☒ am the secretary/paralegal for Seymour Wasserstrum, Esq. who represents Debtor(s) in this matter.

☐ am the _____ in this case and am representing myself.

2. On February 24, 2025, I personally delivered a copy of the following pleadings and/or documents to the parties listed in the chart below.
☒ Application on Shortening Time ☒ Order Granting Application on Shortening Time
☒ Notice of Motion to Reimpose the Automatic Stay ☒ Certification with Exhibits ☒Statement as to why no brief is necessary ☒ Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 25, 2025                               /s/*Sherry Cossaboon*
                                                                              Signature

| Goldcrest Properties a/k/a East Park Apartment 771 S. East Ave Apartment 123 Vineland, NJ 08360 Hand Delivered to Jasmine | Creditor | ☒ Hand-delivered ☐ Regular Mail ☐ Certified mail/RR ☐ Other (As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|