UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Israel A. Schwartz, Esq.
O'HANLON SCHWARTZ, P.C.
511 Market Street
Camden, NJ 08102
Telephone: (267) 546-9066
– and –
Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
Two University Plaza, Suite 100
Hackensack, New Jersey 07601
Telephone: (201) 705-1470

In Re:

MARIAH D. HERNANDEZ,

       Debtor.

Case No.: 24-14880

Chapter: 13

Hearing Date: March 12, 2025

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, _____Moshie Solomon_____:

   ☒ represent Goldcrest Properties a/k/a East Park Apartments, the landlord in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____, the landlord in this matter.

   ☐ am the landlord in this case and am representing myself.

2. On _March 4, 2025_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Joinder to Chapter 13 Trustee's Motion to Dismiss Case and Request for Related Relief and Certificication of Landlord In Support Thereof

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   March 5, 2025                                  /s/ Moshie Solomon

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other Via ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other  Via ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other<br>(As authorized by the court or rule. Cite the rule if applicable.) |