| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Israel A. Schwartz, Esq.<br>O'HANLON SCHWARTZ, P.C.<br>511 Market Street<br>Camden, NJ 08102<br>Telephone: (267) 546-9066<br>– and –<br>Moshie Solomon, Esq.<br>LAW OFFICES OF MOSHIE SOLOMON, P.C.<br>Two University Plaza, Suite 100<br>Hackensack, New Jersey 07601<br>Telephone: (201) 705-1470 | Order Filed on April 3, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.: 24-14880 |
| In Re:<br><br>MARIAH D. HERNANDEZ,<br><br>Debtor. | Chapter: 13 |
| | Hearing Date: March 26, 2025 |
| | Judge: ABA |

# ORDER GRANTING MOTION FOR PROSPECTIVE RELIEF
## FROM THE AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: April 3, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Joinder to Chapter 13 Trustee's Motion to Dismiss Case and Request for Related Relief [Dkt. No. 46], and any related responses or objections, it is hereby

ORDERED that:

1. The filing of any future bankruptcy case by the Debtor will not act to impose the automatic stay against Goldcrest Properties LLC a/k/a East Park Apartments LLC to initiate, resume or continue any action for possession of the premises located at:

1047 East Park Avenue, Unit E5, Vineland, NJ 08360


2. The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.